This document was signed electronically on October 14, 2014, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: October 14, 2014



ALAN M. KOSCHIK
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re ) | |
| ) | Case No. 14-50817 |
| HIMANSHU S. PATEL ) | |
| NEENA PATEL, ) | Chapter 7 |
| ) | |
| Debtors. ) | Judge Alan M. Koschik |
| ) | |

## ORDER GRANTING DEBTOR'S MOTION
## TO AVOID JUDICIAL LIEN ON REAL ESTATE

This matter came upon the motion of Debtors, Himanshu and Neena Patel, to avoid and cancel the judicial lien held by FirstLease Inc., on real property used as the Debtors' residence pursuant to 11 U.S.C. Sec. 522(f). FirstLease Inc. was properly served; however, said creditor did not file a response to the Debtors' motion nor did they request a hearing.

Therefore, it is hereby ORDERED AND DECREED that the judicial lien held by FirstLease Inc., in and on Debtors' residential real estate at 4532 Northledge Court,

Copley, OH 44321 Parcel # 1702334 entered of record as Case No. JL-2012-7519 in Summit County Ohio, Court of Common Pleas be and hereby is cancelled.

    IT IS FURTHER ORDERED that, this order is not effective in the absence of the granting of the Chapter 7 discharge. The official may require the copies to be certified. Recordation of a certified copy of this order and a certified copy of the Chapter 7 discharge shall act as a release of the lien.

# # #

2

14-50817-amk    Doc 31    FILED 10/14/14    ENTERED 10/15/14 11:07:08    Page 2 of 3

**PARTIES TO BE SERVED**:

U.S. Trustee
(via Electronic Mail)

Harold A. Corzin, Trustee
(via Electronic Mail)

Vance P. Truman, Attorney for Debtors
(via Electronic Mail)

Himanshu S. Patel, Debtors
4532 Northledge Court
Akron, OH 44321
(via U.S. Regular Mail)

FirstLease Inc.
1300 Virginia Drive, Suite 450
Ft Washington, PA 19034
Attention: Officer or Counsel
(via U.S. Regular Mail)